11-3892
Nieto-Ayala v. Holder

S.D.N.Y.-N.Y.C.
08-cv-8347
McKenna, J.

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

## SUMMARY ORDER

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11ᵗʰ day of July, two thousand thirteen.

PRESENT:
   Jon O. Newman,
   Ralph K. Winter,
   Christopher F. Droney,
        *Circuit Judges*.

_____

OSCAR ADOLFO NIETO-AYALA,
        *Petitioner-Appellant*,

        v.                                    11-3892

ERIC H. HOLDER, JR., UNITED STATES
ATTORNEY GENERAL, *ET AL.*,
        *Respondents-Appellees*.

_____

FOR PETITIONER-APPELLANT:    Raymond S. Sussman, Brooklyn, NY.

FOR RESPONDENTS-APPELLEES:   Preet Bharara, United States Attorney for the Southern District of New York; Kirti Vaidya Reddy, Sarah S. Normand, Assistant United States Attorneys, New York, NY.

UPON DUE CONSIDERATION, it is hereby ORDERED, ADJUDGED, AND DECREED that the appeal is DISMISSED as moot.

Petitioner-Appellant Oscar Adolfo Nieto-Ayala, a native and citizen of Colombia, appeals from the August 2011 order and judgment of Judge Lawrence M. McKenna, United States District Court for the Southern District of New York, dismissing for lack of jurisdiction his petition for a writ of mandamus to compel the government to continue his release on bond until the United States Citizenship and Immigration Services adjudicated his application for asylum. We assume the parties' familiarity with the underlying facts and procedural history in this case.

In December 2012, after filing his appeal in this Court, Nieto-Ayala was removed from the United States to Colombia pursuant to his final order of removal. Because upon his removal the only relief that he requested, continued release on bond, could no longer be granted, this appeal has been rendered moot. *See Powell v. McCormack*, 395 U.S. 486, 496 (1969); *In re Flanagan*, 503 F.3d 171, 178 (2d Cir. 2007).

Although the district court also construed Nieto-Ayala's mandamus petition as an indirect challenge to his removal order, which would not necessarily be rendered moot by his removal, *see Nken v. Holder*, 556 U.S. 418, 434-35 (2009), Nieto-Ayala did not raise any specific challenges to his removal order in the district court and, in his brief here, explicitly states that he

2

is not challenging his removal order.  Accordingly, we dismiss for lack of jurisdiction because the only relief that Nieto-Ayala requested in his mandamus petition, continued release on bond, has been rendered moot by his removal from the United States. *See DeFunis v. Odegaard*, 416 U.S. 312, 316 (1974).

For the foregoing reasons, the appeal is DISMISSED as moot.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk